IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 7 | |
| ) | | |
| MUBARAK H. IBRAHIM, ) | Case No. 23-07031 | |
| ) | | |
| Debtor. ) | Honorable Jacqueline P. Cox | |
| _____ ) | | |
| ERIKA SPYROPOULOS and the ESTATE ) | | |
| OF HEODORE G. SPYROPOULOS ) | | |
| ) | | |
| Plaintiffs, ) | Adversary No. 23-00393 | |
| v. ) | | |
| ) | | |
| MUBARAK H. IBRAHIM, ) | | |
| ) | | |
| Defendant. ) | | |

**ERIKA SPYROPOULOS AND THE ESTATE OF THEODORE G. SPYROPOULOS'
LIST OF EXHIBITS**

The Documents listed below can be accessed through the following Dropbox Link ("Dropbox Link"):   https://www.dropbox.com ████████ _=7pu9yz3t&dl=0_

| No. | TITLE OR DESCRIPTION OF DOCUMENTS | DATED | ADMITTED | DENIED | OBJECTION |
|---|---|---|---|---|---|
| 1. | Debtors Petition, Summary of Your Assets and Liabilities and Certain Statistical Information, Schedule A/B: Property; Schedule C: The Property You Claim as Exempt; Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases; | 05/28/2023 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Schedule H: Your Codebtors; Schedule J: Your Expenses; Declaration About an Individual Debtor's Schedules; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Statement of Intention for Individuals Filing Under Chapter 7; (DE 1) | | | | |
| 2. | Statement of Your Current Monthly Income and Statement of Exemption from Presumption (DE 2) | 05/28/2023 | | | |
| 3. | Certificate Of Counseling (DE 3) | 05/28/2023 | | | |
| 4. | Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (DE 8) | 05/30/2023 | | | |
| 5. | Amended Voluntary Petition for Individuals Filing Bankruptcy (DE 9) | 05/30/2023 | | | |
| 6. | Certificate of Debtor Education (DE 12) | 06/06/2023 | | | |
| 7. | Appearance of Ariel Weissberg (DE 14) | 07/24/2023 | | | |
| 8. | Amended Schedule A/B: Property (DE 16) | 07/31/2023 | | | |
| 9. | Amended Summary of Your Assets and Liabilities and Certain Statistical Information (DE 17) | 07/31/2023 | | | |
| 10. | Amended Statement of Financial Affairs (DE 25) | 10/23/2023 | | | |
| 11. | Amended Schedule A/B: Property (DE 26) | 10/26/2023 | | | |
| 12. | Amended Summary of Your Assets and Liabilities and Certain Statistical Information (DE 27) | 10/26/2023 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13. | Amended Statement of Financial Affairs (DE 35) | 01/26/2024 | | | |
| 14. | Amended Schedule A/B: Property (DE 36) | 01/26/2024 | | | |
| 15. | Amended Schedule E/F: Creditors Who Have Unsecured Claims (DE 38) | 01/29/2024 | | | |
| 16. | Amended Summary of Your Assets and Liabilities and Certain Statistical Information (DE 40) | 01/29/2024 | | | |
| 17. | Amended Schedules A/B; C; and D (DE 64) | 12/10/2024 | | | |
| 18. | Amended Summary of Your Assets and Liabilities and Certain Statistical Information (DE 65) | 12/10/2024 | | | |
| 19. | Tax Returns of Mubarak Ibrahim | 2019 | | | |
| 20. | Tax Returns of Mubarak Ibrahim | 2020 | | | |
| 21. | Tax Returns of Mubarak Ibrahim | 2021 | | | |
| 22. | Tax Returns of Mubarak Ibrahim | 2022 | | | |
| 23. | Cook County Property Tax Refund Check to Mubarak Ibrahim | 02/09/2022 | | | |
| 24. | Cook County Property Tax Refund Check to Mubarak Ibrahim | 06/21/2023 | | | |
| 25. | Judicial Sale Deed pertaining to the property located at 9401 Odell Ave., Bridgeview, IL 60455 ("Odell Property") | 03/10/2015 | | | |
| 26. | Quit Claim Deed pertaining to the property located at 9401 Odell Ave., Bridgeview, IL 60455 | 03/10/2015 | | | |
| 27. | Mortgage, Security Agreement, Assignment | 05/21/2015 | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | of Leases and Rents and Fixture Filing pertaining to the Odell Property | | | | |
| 28. | Release of Mortgage re: Odell Property | 10/29/2015 | | | |
| 29. | Quit Claim Deed pertaining to the property located at 9401 Odell Ave., Bridgeview, IL 60455 | 02/15/2018 | | | |
| 30. | Mortgage for the Odell Property | 02/20/2018 | | | |
| 31. | Zillow's Estimate of the Odell Property | N/A | | | |
| 32. | Complaint filed in the matter, Erika Spyropoulos successor of Trustee Theodore G. Spyropoulos Trust v. Mubarak Ibrahim | 03/28/2017 | | | |
| 33. | Executed Verdict Form | N/A | | | |
| 34. | Trial Order in Erika Spyropoulos successor of Trustee Theodore G. Spyropoulos Trust v. Mubarak Ibrahim | 12/04/2019 | | | |
| 35. | Post-Judgment Order | 03/29/2023 | | | |
| 36. | Copy of Checks issued by Mubarak Ibrahim | N/A | | | |
| 37. | 11900 Marshfield Inc. Station Inc.'s K-1 Schedule | 2019 | | | |
| 38. | 11900 Marshfield Inc. Station Inc.'s K-1 Schedule | 2020 | | | |
| 39. | Real Estate Purchase Agreement 11900 S Marshfield Property, Calumet Park, IL 60827 | 05/03/2021 | | | |
| 40. | Settlement Statement Sale of 11900 Marshfield | N/A | | | |
| 41. | Check from Dr. Abooh in the amount of $200,000.00 to 11900 S Marshfield | 05/13/2019 | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| 42. | 11900 Marshfield LLC's Bank Statements from FifthThrid Bank, account ending in #9602 | 04/01/2020 07/01/2020 08/01/2020 09/01/2020 10/01/2020 11/01/2020 03/01/2021 04/01/2021 08/01/2021 10/01/2021 12/01/2021 01/01/2022 | | | |
| 43. | Illinois Gaming Board Reports for 11900 Marshfield Station, Inc. | January 2019 – July 2023 | | | |
| 44. | CBRE Appraisal Report re: 11900 Marshfield Station, Inc. | N/A | | | |
| 45. | Appraisal Report re: 11900 Marshfield Properties LLC | N/A | | | |
| 46. | Lease Agreement for 11900 S Marshfield, #A, Calumet Park, IL | 01/01/2020 – 12/31/2029 | | | |
| 47. | Lease Agreement for 11900 S Marshfield, Calumet Park, IL | 06/01/2020 – 05/31/2030 | | | |
| 48. | Tax Appeal re: 11900 S Marshfield, Calumet Park, IL | N/A | | | |
| 49. | Checks issued by AHM Properties Inc. to 11900 S Marshfield Station | N/A | | | |
| 50. | 11900 Marshfield Station, Inc.'s Application for Gaming License | 04/26/2024 | | | |
| 51. | Approval of Gaming License of 11900 Marshfield Station, Inc. | 07/28/2022 | | | |
| 52. | Addendum to the Real Estate Contract re purchase of 11900 S Marshfield Ave between 11900 Marshfield Station, Inc and Petroleum | 01/27/2022 | | | |

5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Investment Properties, LLC |  |  |  |  |
| 53. | Articles of Agreement for Deed between 12108 Homer Glen, LLC and Petroleum Management Team, Inc. | 11/19/2021 |  |  |  |
| 54. | Asset Sale Agreement between 11900 Marshfield Station, Inc. and Calumet Fuel, Inc. | May 2021 |  |  |  |
| 55. | Murabak Ibrahim's Affidavit of Ownership of 11900 Marshfield Station, Inc. | 10/22/2019 |  |  |  |
| 56. | Letter from U.S. Small Business Administration re Ibrahim's request for Modification enclosing the SBA Loan Authorization and Agreement | 08/17/2021 |  |  |  |
| 57. | SBA Loan Summary for the Loan of 11900 Marshfield Station Inc. | 04/13/2023 |  |  |  |
| 58. | Agreement to Purchase the Business Known as Citgo of Homer Glen between Syed Kirmani and People Petroleum, Inc. | 09/10/2021 |  |  |  |
| 59. | Petroleum Management Team Inc's Bank Statement from Peoples Bank for account ending in #0400 | 09/30/2020 |  |  |  |
| 60. | Petroleum Management Team Inc's Bank Statement from Peoples Bank for account ending in #0400 | 10/30/2020 |  |  |  |
| 61. | Petroleum Management Team Inc's Bank Statement from Peoples Bank for account ending in #0400 | 02/28/2023 |  |  |  |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 62. | Copy of Checks issued by Peoples Petroleum, Inc. | N/A | | | | |
| 63. | Check issued to Mubarak Ibrahim | 02/10/2023 | | | | |
| 64. | Affidavit of Murabak Ibrahim | 10/28/2024 | | | | |
| 65. | Comparative Market Analysis from Infinity Properties, Inc. | 09/24/2023 | | | | |
| 66. | Closing Statement re:15 N First Ave., Maywood, IL 60153 | 05/01/2015 | | | | |
| 67. | Memo & Amendment to Operating Agreement re ATMI Gas LLC | 09/29/2020 | | | | |
| 68. | ALTA Settlement Statement Sale of 6524 W 94th St Oak Lawn IL | 09/24/2019 | | | | |
| 69. | Recorded Judgment Order | 02/03/2023 | | | | |
| 70. | Capitus Group's Offering Memorandum | N/A | | | | |
| 71. | Proof of Wire Transfer to Zayan Finance, LLC | 08/03/2007 | | | | |
| 72. | Warranty Deed re: 9856 S Cicero Ave., Oak Lawn, Il 60453 | 09/08/2014 | | | | |
| 73. | Articles of Incorporation of Taha Enterprises, Inc. | 09/17/2019 | | | | |
| 74. | Warranty Deed re: 1401 State St., Chicago Heights, IL 60411 | 12/06/2017 | | | | |
| 75. | Request to Cook County Assessor's Office to change the Property Class Designation re: 60 E Lincoln Ave/ 1401 State St. | 01/07/2020 | | | | |
| 76. | Commercial Appeal re: 60 E Lincoln | 06/04/2020 | | | | |
| 77. | Check issued to AHM Properties, Inc. in the amount of $6,000.00 | 09/15/2018 | | | | |
| 78. | Check issued to AHM Properties, Inc. in the amount of $6,000.00 | 11/01/2017 | | | | |

| # | Description | Date | | | |
|---|---|---|---|---|---|
| 79. | Warranty Deed re: 2701-27 West 5th Ave., Gary, IN 46404 | 09/20/2018 | | | |
| 80. | Quit Claim Deed re: 2527 West 5th Ave., Gary, IN 46402 | 02/28/2021 | | | |
| 81. | Illinois Secretary of State filings re: 119 Property Investors, LLC | 07/19/2023 | | | |
| 82. | Lake County, IN Recorder of Deeds filings re: Parcel Number 45-08-05-331 | N/A | | | |
| 83. | Applications for Business Licenses for Peoples Petroleum, Inc. | 2021 – 2023 | | | |
| 84. | Memorandum Articles of Agreement for Deed re: 12108 West 159th Street | 04/03/2018 | | | |
| 85. | Construction Mortgage re: 12108 West 159th Street | 09/06/2018 | | | |
| 86. | Mortgage and Security Agreement re: 12108 West 159th Street | 10/23/2019 | | | |
| 87. | Release of Mortgage and Security Agreement re: 12108 West 159th Street | 12/28/2021 | | | |
| 88. | Warranty Deed re: 12108 West 159th Street | 01/23/2023 | | | |
| 89. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing re: 12108 West 159th Street | 01/23/2023 | | | |
| 90. | Email Communications of Robert Loncar and Gerald Buntingues re 12018 W 159th Street | 09/08/2021 - 09/09/2021 | | | |
| 91. | Cook County Recorder of Deeds Summary for the PIN: 25302040010000 | N/A | | | |
| 92. | Checks issued by Mohamad Ibrahim to 119 Property Investors | N/A | | | |
| 93. | Collateral Life Insurance | N/A | | | |

| | | | | | |
|---|---|---|---|---|---|
| 94. | Forgiven Debt Letter from Tinaglia Outlining Debt Forgiveness Agreement | 04/15/2014 | | | |
| 95. | Debt Forgiveness letter from Dykema | 10/23/2014 | | | |
| 96. | Debt Forgiveness Closing Statement | 04/21/2014 | | | |
| 97. | Checks issued to AHM Properties, Inc. | 2017-2018 | | | |
| 98. | Articles of Incorporation of Mobil Convenient Mart, Inc. | 06/09/2023 | | | |
| 99. | Email communication between Ibrahim Murabak and Mamoun Abdoh re Car Wash at Tinley Park | 2022 – 2023 | | | |
| 100. | Communication between Ibrahim and Badr | 12/29/2020 - 08/10/2024 | | | |
| 101. | Communication between Nasr and Badr | 04/09/2024 | | | |
| 102. | Communication between Iftehat and Badr | 02/26/2021 – 04/19/2021 | | | |
| 103. | Communication between Badr and Ammar | 03/01/2024 – 03/02/2024 | | | |
| 104. | Michael Lee Tinaglia, Ltd.'s Legal Invoices pertaining to Elegant Properties Inc. | N/A | | | |
| 105. | Michael Lee Tinaglia, Ltd.'s Legal Invoices pertaining to Lease with Bubbles Splash Carwash, Inc. | N/A | | | |
| 106. | UCC Financing Statement of Bubbles Splash Carwash, Inc. | 03/16/2021 | | | |
| 107. | Closing Sheet pertaining to 12108 Homer Glen LLC | 11/01/2022 | | | |
| 108. | Michael Lee Tinaglia, Ltd.'s Legal Invoices pertaining to Murabak | 08/05/2021 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Ibrahim v. Erika Spyropolous | | | | |
| 109. | Michael Lee Tinaglia, Ltd.'s Legal Invoices pertaining to Murabak v. SPC-B, LLC | 10/14/2019 | | | |
| 110. | FOIA Appeal re 14717 Dixie Highway | | | | |
| 111. | Mariam Ibrahim's Ameritrade account statements for account ending in 8730 | 2022 | | | |
| 112. | Articles of Organization of Homer Glen Investment Properties | 05/19/2022 | | | |
| 113. | Bank statement of Murabak Ibrahim from Byline Bank for account ending in 2788 | 06/08/2020 | | | |
| 114. | Byline Bank Insurance Payment to Westguard Ins Co | 01/31/2019 | | | |
| 115. | Motion for the Entry of Turnover Order and Assignment Regarding Petroleum Management Team, Inc | 08/18/2022 | | | |
| 116. | Motion to Declare Transaction Void & for a Turnover Order & Assignment of Shares Re 11900 Marshfield Station Inc | 08/18/2022 | | | |
| 117. | Motion to Approve Sale of Vehicles, to Overrule Claim of Wild Card Exemption, & Compel Turnover of Sale Proceeds | 08/18/2022 | | | |
| 118. | Spyropoulos Motion for Entry of Turnover Order with Respect to Debtors Interest in Real Property | 02/27/2023 | | | |
| 119. | Pacer Case Summary and History pertaining to Gas Depot Oil Company v. Ali et al | 12/06/2022 | | | |

                                    **ERIKA SPYROPOULOS and THE ESTATE**
                                    **OF THEODORE G. SPYROPOULOS**, Plaintiffs


                            By:　　/s/ Ariel Weissberg
                                 One of their attorneys

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
125 South Wacker Drive, Suite 300
Chicago, IL 60606
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com
Attorney No. 03125591


## CERTIFICATE OF SERVICE

     I, Ariel Weissberg, certify that on February 21, 2024, I caused to be served ***Erika Spyropoulos and the Estate of Theodore G. Spyropoulos' List of Exhibits*** to the following parties by electronic transmission:

     Chester H. Foster, Jr, Esq.
     Foster Legal Services, PLLC
     16311 Byron Drive
     Orland Park, IL 60462
     Email: chf@fosterlegalservices.com

     Keevan D. Morgan, Esq.
     Morgan & Bley, Ltd.
     900 W. Jackson Blvd., Suite 4 East
     Chicago, Illinois 60607
     By Email: kmorgan@morganandbleylimited.com


                                      /s/ Ariel Weissberg
                                        Ariel Weissberg